ENNS v. ZAYRE CORP.

[342 N.C. 406 (1995)]

MARCIA ENNS AND ROD ENNS v. THE ZAYRE CORPORATION, INC., D/B/A ZAYRE, THE TJX COMPANIES, INC., FORMERLY THE ZAYRE CORPORATION D/B/A ZAYRE

No. 591A94

(Filed 8 December 1995)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 116 N.C. App. 687, 449 S.E.2d 478 (1994), finding error in a trial before Morgan (Melzer A., Jr.), J., at the 25 January 1993 Civil Session of Superior Court, Forsyth County, and awarding plaintiffs a new trial on the issue of damages. Heard in the Supreme Court 16 November 1995.

*Petree Stockton, L.L.P., by Steve M. Pharr and Donald M. Nielsen, for plaintiff-appellees.*

*Hutchins, Doughton & Moore, by H. Lee Davis, Jr., and Laurie L. Hutchins, for defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice Orr did not participate in the consideration or decision of this case.